UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES D. "BUDDY" CALDWELL

VERSUS

MOLINA HEALTHCARE, INC.,
ET AL.

CIVIL ACTION

NO. 15-177-JJB

**RULING ON MOTION TO REMAND AND FOR COSTS**

This matter is before the court on two Reports and Recommendation issued by the magistrate judge on August 25, 2015. In his first report (doc. 18), the magistrate judge recommends that the State of Louisiana's motion (doc. 3) to remand be granted and the motion for an award of costs be denied. In his second report (doc. 19), the magistrate judge recommends that no action be taken upon the motion (doc. 15) by the Louisiana Department of Health and Hospitals in view of the fact that this matter should be remanded for lack of jurisdiction in accordance with the first Report and Recommendation. An objection (doc. 20) has been filed by defendant Unisys Corporation; a response (doc. 23) has been filed by the State of Louisiana. There is no need for oral argument.

This is the second time that Unisys has removed this action. The magistrate judge has succinctly set forth the pertinent procedural history and legal standards. The undersigned finds no fault with the magistrate judge's reasoning. Indeed, the court finds that the report is clearly correct. Plaintiff's claims are not likely to require an interpretation of federal law. The real dispute here involves questions of state

law. Plaintiff's alternative argument that removal is untimely is also persuasive.

The court hereby approves and adopts the Reports (docs. 18 and 19) and Recommendations of the magistrate judge.

Accordingly, the motion (doc. 3) for REMAND will be GRANTED and the motion for costs will be DENIED.

Baton Rouge, Louisiana, October 2d, 2015.

_____
JAMES J. BRADY, DISTRICT JUDGE