UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES D. "BUDDY" CALDWELL

VERSUS

MOLINA HEALTHCARE, INC.,
ET AL.

CIVIL ACTION

NO. 15-177-JJB

### ORDER OF REMAND

For written reasons assigned in the record;

IT IS ORDERED that this action be REMANDED to the 19th Judicial District Court for the Parish of East Baton Rouge.

Baton Rouge, Louisiana, October 22, 2015.

_____
JAMES J. BRADY, DISTRICT JUDGE

Certified-19th JDC